August Hecksher, Respondent, v. William Edenborn, Appellant.— Motion denied, with ten dollars costs. Present — Woodward, Jenks, Gaynor, Burr and Miller, JJ.

August Hecksher, Respondent, v. William Edenborn, Appellant.— Motion for resettlement of order denied, without costs. Present — Woodward, Jenks, Gaynor, Burr and Miller, JJ.

Hedden Construction Company, Respondent, v. Procter & Gamble Company, Appellant.— Motion granted, on condition that the appellant perfect the appeal forthwith, place the cause at the foot of the present calendar, be ready for argument when reached, and pay the respondent ten dollars costs and the expense of advertising; otherwise denied, without costs. Present — Woodward, Jenks, Gaynor, Burr and Miller, JJ.

Max Helfstein and Another, Appellants, v. Harry P. Merovitz and Another, Respondents. — Motion granted, with ten dollars costs, unless the appellants print the appeal, place the cause upon the calendar and be ready for argument on Monday, May 3, 1909; in which case the motion is denied, without costs. Present — Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.

James F. Hughes, Respondent, v. Harbor and Suburban Building and Savings Association and Another, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.

In the Matter of the Application of L. W. Bishop to Lay Out a Highway in the Town of Hempstead, Nassau County, N. Y., and the Assessment of Damages Therefor.— Order of the County Court of Nassau county confirmed and order settled. Present — Woodward, Jenks, Gaynor, Burr and Miller, JJ.

In the Matter of the Application of Charles Borland for Admission to the Bar.— Application granted. Present — Woodward, Jenks, Gaynor, Burr and Miller, JJ.

In the Matter of the Application of the City of New York, Relative to Acquiring Title, for the Purpose of Opening Beverly Road from Bedford Avenue to East Thirty-first Street, in the Twenty-ninth Ward, Brooklyn.— The moving party not thinking the motion of sufficient importance to submit a brief or a memorandum of authorities, and it not appearing on what sections of the charter, or decisions, he relies, the motion is denied. Present — Woodward, Jenks, Gaynor, Burr and Miller, JJ.

In the Matter of the Application to Revoke Letters Testamentary Issued to Frank E. O'Reilly as Executor of Arthur J. Heaney, Deceased, and to Remove Him as Testamentary Trustee under the Last Will and Testament of Arthur J. Heaney, Deceased.— Motion denied, with ten dollars costs. Present — Woodward, Jenks, Gaynor, Burr and Rich, JJ.

In the Matter of the Application to Revoke Letters Testamentary Issued to Frank E. O'Reilly as Executor of Arthur J. Heaney, Deceased, and to Remove Him as Testamentary Trustee under the Last Will and Testament of Arthur J. Heaney, Deceased.— Motion denied, without costs. Present — Woodward, Jenks, Gaynor, Burr and Miller, JJ.